H.. EDGAR TIMMERMAN, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendants.

Argued January 13, 1949; decided March 3, 1949.

*John P. McGrath, Corporation Counsel* (*Michael A. Castaldi, Seymour B. Quel* and *Morris Weissberg* of counsel), for appellant.

*Edward J. Freeman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

MICHAEL WAJTMAN, Plaintiff, *v.* PENNSYLVANIA RAILROAD COMPANY et al., Defendants. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff, *v.* CANADIAN NATIONAL RAILROAD, Third Party Defendant. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff-Respondent, *v.* MAINE CENTRAL RAILROAD COMPANY, Third Party Defendant - Appellant. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff, *v.* WHEELING AND LAKE ERIE RAILWAY COMPANY, Third Party Defendant.

Argued February 21, 1949; decided March 3, 1949.